IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 27 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:18cr132DPJ-LRA

TOMMY JOE HARVEY

18 U.S.C. § 242

**The Grand Jury charges:**

On or about April 28, 2017, in Simpson County, in the Northern Division of the Southern District of Mississippi, the defendant, **TOMMY JOE HARVEY**, while acting under the color of law, as Simpson County Chancery Court Clerk, unlawfully pepper sprayed A.R. in the face, while A.R. was in handcuffs, thereby willfully depriving A.R. of her right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from the use of unreasonable force. Such offense resulted in bodily injury to A.R.

All in violation of Title 18, United States Code, Section 242.

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand jury on this the 27th day June, 2018.

UNITED STATES MAGISTRATE JUDGE