PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:18cr132 DPJ-LRA

TOMMY JOE HARVEY
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 27th day of June, 2018.

This the 27th day of June, 2018.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
CANDACE MAYBERRY
Assistant U.S. Attorney
MSB # 104014

Warrant issued: _____

FBI/CGM